

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Jared Walter Adair v. Ricky's Enterprises, Inc.

Appellate case number:   01-22-00359-CV

Trial court case number: 1181899

Trial court:             County Civil Court at Law No. 4 of Harris County

     Appellant Jared Walter Adair filed a notice of appeal of the trial court's order signed on April 28, 2022. On June 21, 2022, Appellant filed a "Motion for a Stay Pending Appeal, Restrain Writ of Possession and Notice to Vacate." The Court requests that Appellee Ricky's Enterprises, Inc. file a response to Appellant's motion within **ten days** of the date of this order.

     It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                  Acting individually

Date: July 12, 2022